UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:25-mj-00648 |
| **Plaintiff,** | : | |
| v. | : | |
| **HOWARD M. SAAL,** | : | |
| **Defendant.** | : | |

**ORDER EXTENDING TIME TO FILE INDICTMENT/INFORMATION**

Having read and considered (1) the parties' joint Second Motion for an Order Extending the Time to File an Indictment/Information (doc. 12), and (2) Defendant's Waiver of Timely Indictment/Information (doc. 12-1), the Court hereby **GRANTS** the Motion.  In so doing, the Court finds that the Defendant's waiver is knowing, intelligent, and voluntary.  The Court further finds pursuant to 18 U.S.C. § 3161(h)(7)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by granting the extension outweigh the best interest of the public and the Defendant in a speedy information, indictment, and trial.  The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the Defendant and/or the attorney for the United States reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice in order to consider a possible pre-indictment resolution of this matter.

1

Accordingly, the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment or information relative to the current charge(s) in this matter, is extended for a period of sixty days, up to and including **February 9, 2026**. The time period from the date when an indictment or information must have been filed originally, namely, September 11, 2025, up to and including February 9, 2026, shall be excluded in computing the time within which an indictment or information relative to the charge(s) in this matter must be filed.

Date: 12/5/2025

Karen L. Litkovitz
United States Magistrate Judge