# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. 1:25-mj-00648-SKB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HOWARD M. SAAL, | : |
| | : |
| Defendant. | : |
| | : |

---

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

---

This matter is before the Court on Defendant's Motion to Modify Bond Conditions (doc. 14), which is unopposed by both the United States and the Defendant's supervising Pretrial Services Officer. Upon review of this matter, the Court finds Defendant's motion well taken. Accordingly, Defendant's motion is GRANTED. Defendant's conditions of pretrial release as established by the Court on August 12, 2025 (doc. 5) are hereby AMENDED as follows:

(1) The Defendant may review civil discovery at the office of Pinales Stachler on a computer provided by his counsel. The computer may not be able to access the internet.

(2) In accordance with the practices of the Hamilton County Family Court, and only with approval of the Family Court in consultation with Job and Family Services and a Guardian Ad Litem, the Defendant may have supervised visits with his grandson, L.C.. This Court has been advised that the visits would be supervised at a facility commonly used by local family courts to

facilitate such visits.

    **SO ORDERED**.

                                            Stephanie K. Bowman
                                            United States Chief Magistrate Judge